898 F.2d 141
 Lucarelli (Gerard S.)
v.
Cmwlth of PA, Gilhool (Thomas K.), Bd. of Ed., of Sch. Dist.
of City of Clairton, Lewis (Lamont), Barna (Lucille), Crable
(Fontana), Brooks (Cheryl), Desue (Ernest), Charnesky
(Evelyn), Grisnik (Frank, Jr.), Nikolich (Anthony), Steward
(Gregory), Clairton Ed. Assoc., Peterson (Patricia), Manak
(Joseph, II), Marcinowski (E.), Ellis (Dorothy), PA State
Ed. Assoc., Noonan (Nancy), Nat. Ed. Assoc., Futrell (Mary),
Christy (Edward), Clairton Bd. of
 NOS. 89-3583, 89-3584
 United States Court of Appeals,
Third Circuit.
 FEB 14, 1990
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 VACATED.